Michael C. Ormsby
United States Attorney
Eastern District of Washington
Aine Ahmed
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,  )
        Plaintiff,  ) MJ-12-207
  vs.  ) Motion for Detention Hearing
KEVIN M. ELLISON,  )
        Defendant.  )

    The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

    1.    <u>Eligibility of Case</u>.  This case is eligible for a detention order because the case involves:

- ☐ Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117),
- ☐ Maximum penalty of life imprisonment or death,
- ☐ Drug offense with maximum penalty of 10 years or more,
- ☐ Felony, with two prior convictions in above categories,
- ☐ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. section 2250,
- ☒ Serious risk Defendant will flee, or
- ☐ Serious risk obstruction of justice.

Motion for Detention Hearing - 1
P20614DD.AAD.wpd

2. <u>Reason For Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure:

- ☒ Defendant's appearance as required, or
- ☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against Defendant under Section 3142(e).

4. <u>Time For Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

- ☐ At the first appearance, or
- ☒ After a continuance of three days.

DATED June 14, 2012.

Michael C. Ormsby
United States Attorney

*s/Aine Ahmed*

Aine Ahmed
Assistant United States Attorney

I hereby certify that on June 14, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

*s/Aine Ahmed*

Aine Ahmed
Assistant United States Attorney

Motion for Detention Hearing - 2
P20614DD.AAD.wpd