UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAGISTRATE JUDGE IMBROGNO

# CR-12-072-LRS
# USA v. KEVIN ELLISON

ARRAIGNMENT and BAIL HEARING:   6/19/12

| | | | |
|---|---|---|---|
| [ X ] | Honorable Cynthia Imbrogno | [ X ] | Aine Ahmed, USAtty |
| [ X ] | L. Stejskal, Courtroom Deputy | [ X ] | Kim Deater, Defense Counsel |
| [ X ] | Erik Carlson, Pretrial / Probation | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Remarks

Defendant appeared with counsel and was advised of his rights and the allegations contained in the Indictment.  "Not guilty" plea was entered.

The Government proffered the Pretrial Services report in support of the continued detention of defendant.  Proffer by defense counsel and objections to allegations contained in the Complaint and Pretrial Services Officer.  Argument.

The Court noted that defendant has a limited criminal history, but there is little confirmed information contained in the Pretrial Services report.  If additional information is provided to Pretrial Services, a Supplemental Report will be prepared.  If a Motion to Modify is filed, information concerning defendant's mental state should addressed.  The Court ruled that there are no combination of conditions to ensure that defendant does not pose a risk to the community.  Defendant will be detained by the U.S. Marshal pending further Order of the Court.

FTR/S-740  * 3:29 - 3:50 PM

ARRAIGNMENT and BAIL HEARING: 6/19/12