```
Kimberly A. Deater
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE CYNTHIA IMBROGNO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-12-072-LRS |
| vs. | Defendant's Motion for Release from Custody and Request for Hearing on the Motion |
| KEVIN ELLISON, | |
| Defendant. | |

TO: MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
AINE AHMED, ASSISTANT UNITED STATES ATTORNEY

KEVIN ELLISON, through undersigned counsel, moves the Court for his release from custody. He further requests that a hearing on the issue be scheduled for Friday, July 20, 2012 at 1:30 p.m. AUSA Ahmed has been advised regarding the scheduling request and has no objection.

Dated: July 18, 2012

Respectfully Submitted,

S/ Kimberly A. Deater
WA 28230
Attorneys for Ellison
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201

Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Kim_Deater@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AINE AHMED, Assistant United States Attorney.

S/ Kimberly A. Deater
WA 28230
Attorneys for Ellison
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Kim_Deater@fd.org