Kimberly A. Deater
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE CYNTHIA IMBROGNO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR-12-072-LRS |
| ) | |
| vs. ) | Defendant's Motion to Expedite |
| ) | Hearing on his Motion for Release |
| KEVIN ELLISON, ) | from Custody |
| ) | |
| Defendant. ) | |

TO: MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
   AINE AHMED, ASSISTANT UNITED STATES ATTORNEY

KEVIN ELLISON, through undersigned counsel, moves the Court for an expedited hearing on his Motion for Release.

Dated: July 18, 2012

                    Respectfully Submitted,

                    S/ Kimberly A. Deater
                    WA 28230
                    Attorneys for Ellison
                    Federal Defenders of
                    Eastern Washington and Idaho
                    10 North Post, Suite 700
                    Spokane, Washington 99201
                    Telephone: (509) 624-7606
                    Fax: (509) 747-3539

Defendant's Motion for Expedited Hearing

1

Email: Kim_Deater@fd.org
**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AINE AHMED, Assistant United States Attorney.

>S/ Kimberly A. Deater
>WA 28230
>Attorneys for Ellison
>Federal Defenders of
>Eastern Washington and Idaho
>10 North Post, Suite 700
>Spokane, Washington 99201
>Telephone: (509) 624-7606
>Fax: (509) 747-3539
>Email: Kim_Deater@fd.org