UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KEVIN M. ELLISON,<br><br>        Defendant. | No. CR-12-072-LRS<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF DETENTION<br><br>☑  MOTION DENIED **(ECF No. 20)**<br><br>☑  MOTION TO EXPEDITE GRANTED **(ECF No. 21)** |

Date of bail review hearing: **July 20, 2012.**

☑ Insufficient information presented to reasonably assure Defendant's future appearance.

☑ There are no conditions or combination of conditions other than detention that will ensure the safety of the community.

**IT IS ORDERED** Defendant's Motion for release from custody (ECF No. 20) is **DENIED.** Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

DATED July 20, 2012.

                              s/ CYNTHIA IMBROGNO
                         UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR
RECONSIDERATION OF DETENTION 1