Kimberly A. Deater
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR-12-072-LRS |
| vs. | ) Notice of Hearing on Defendant's Motion for Revocation of the Magistrate's Detention Order |
| KEVIN ELLISON, | ) |
| Defendant. | ) |

TO: MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
AINE AHMED, ASSISTANT UNITED STATES ATTORNEY

KEVIN ELLISON, through undersigned counsel, hereby notifies the parties, that a hearing on Defendant's Motion for Revocation of the Magistrate's Detention Order is scheduled for July 31, 2012, at 2:30 p.m. at the Federal Courthouse in Spokane, Washington, courtroom 755, via video.

Dated: July 26, 2012

Respectfully Submitted,

S/ Kimberly A. Deater
WA 28230
Attorneys for Ellison
Federal Defenders of

Notice of Hearing

1

|   |   |
|---|---|
| 1 | Eastern Washington and Idaho |
| 2 | 10 North Post, Suite 700<br>Spokane, Washington 99201 |
| 3 | Telephone: (509) 624-7606<br>Fax: (509) 747-3539 |
|   | Email: Kim_Deater@fd.org |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AINE AHMED, Assistant United States Attorney.

S/ Kimberly A. Deater
WA 28230
Attorneys for Ellison
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Kim_Deater@fd.org

Notice of Hearing