UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN ELLISON,

    Defendant.

NO. CR-12-072-LRS

**ORDER GRANTING MOTION TO SEAL**

Good cause appearing, Defendant's Motion To File Under Seal (ECF No. 27) is **GRANTED**. Defendant's Motion To File Under Seal and his Memorandum In Support of Motion To Revoke Detention Order shall be filed under seal.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this ___26^TH___ day of July, 2012.

                    ___s/LonnyR. Suko_____
                    LONNY R. SUKO
                    United States District Judge

**ORDER GRANTING MOTION TO SEAL-1**