# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. CR-12-00072-LRS-1 |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:** 7/31/12 |
| KEVIN M. ELLISON, | **LOCATION:** YAKIMA/SPOKANE |
| Defendant. | **PTC/MOTION HEARING** (Video Conference) |

| | **Judge LONNY R. SUKO** | | |
|---|---|---|---|
| Laura McClure/Linda Stejaskal | No Appearance | N/A | Mark Snover |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Aine Ahmed | | Kimberly A. Deater | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |
| **Probation Officer:** Shawn Kennicutt | | | |

[X] **Open Court**         [ ] **Chambers**         [ ] **Telecon**

Defendant **present** in custody of the US Marshal

Proffer and arguments presented by Ms. Deater regarding Defendant's medication/treatment and proposed evaluation.
Arguments presented by Mr. Ahmed.
Rebuttal arguments presented by Ms. Deater.

Defendant's Motion for Revocation of the Magistrate's Detention Order (ECF No. 25) - **denied.**

**[X] ORDER FORTHCOMING**

| CONVENED: 2:38 PM | ADJOURNED: 3:20 PM | TIME: 42 MINUTES | CALENDARED [ ] |
|---|---|---|---|