# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. CR-12-00072-LRS-1 |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE: 8/7/12** |
| KEVIN M. ELLISON, | **LOCATION: SPOKANE** |
| Defendant. | **PTC/MOTION HEARING** |

|  | **Judge LONNY R. SUKO** |  |  |
|---|---|---|---|
| Laura McClure | Fred Karau | N/A | Mark Snover |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Aine Ahmed |  | Kimberly A. Deater | |
| **Plaintiff's Counsel** |  | **Defendant's Counsel** | |
| **Probation Officer:** No Appearance | | | |

[X] Open Court          [ ] Chambers          [ ] Telecon

Defendant **present** in custody of US Marshal

Mr. Ahmed addressed the Court.
Comments presented by Ms. Deater.

Defendant's Motion to Continue (ECF No. 37) - **unopposed, granted; excludable time ordered.**
Waiver of Speedy Trial signed and filed.

Defendant's Motion to Suppress (ECF No. 29) - **deferred.**

The Court set the following:
**Pretrial Conference: 9/11/12 @ 3:00 pm S/LRS** (2 Hrs)
**Jury Trial: 11/5/12 @ 1:00 pm S/LRS** (3 Days)

**[X] ORDER FORTHCOMING**

| CONVENED: 9:04 AM | ADJOURNED: 9:16 AM | TIME: 12 MINUTES | CALENDARED [ ] |
|---|---|---|---|