# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>KEVIN M. ELLISON,<br><br>                     Defendant. | Case No. CR-12-00072-LRS-1<br><br>**CRIMINAL MINUTES**<br><br>DATE: 8/10/12<br><br>LOCATION: SPOKANE<br><br>PTC/MOTION HEARING (Telephonic) |

| Judge LONNY R. SUKO | | | |
|---|---|---|---|
| Laura McClure | N/A | N/A | Ronelle Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Aine Ahmed | | Kimberly A. Deater | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |
| **Probation Officer:** No Appearance | | | |

**[X] Open Court**　　　　**[ ] Chambers**　　　　**[ ] Telecon**

Defendant **not present** for this hearing

Also present: USM Kevin Kilgore

Mr. Ahmed addressed the Court.
USM Kevin Kilgore addressed the Court.
Ms. Deater addressed the Court.

Comments by the Court.

Defendant's Uncontested Motion for Transfer (ECF No. 45) - **unopposed; granted.**

**[X] ORDER FORTHCOMING**

| CONVENED: 3:01 PM | ADJOURNED: 3:20 PM | TIME: 19 MINUTES | CALENDARED [ ] |
|---|---|---|---|