1  Kimberly A. Deater
   FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
2  10 North Post, Suite 700
   Spokane, Washington 99201
3  (509) 624-7606

4  Attorneys for Defendant

5              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
6                 (HONORABLE LONY R. SUKO)

7  UNITED STATES OF AMERICA,   )
                               )
8       Plaintiff,             )   CR-12-072-LRS
                               )
9    vs.                       )   Defendant's Uncontested Motion
                               )   to Continue Trial
10 KEVIN ELLISON,              )
                               )
11      Defendant.             )
                               )
12 TO:   MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
         AINE AHMED, ASSISTANT UNITED STATES ATTORNEY
13

14      KEVIN ELLISON, through undersigned counsel, moves the Court

15 to Continue the trial in this matter for approximately 60 days.  This

16 uncontested motion is based upon the entirety of the record as well as

17 the supporting memorandum.

18      Mr. Ellison waives his appearance and moves the Court to

19 determine the uncontested motion on the briefs.  Alternatively, Mr.

20 Ellison requests to appear telephonically.

21 Dated:     September 1, 2012

22
                           Respectfully Submitted,
23
                           S/ Kimberly A. Deater for Amy Rubin
24

Defendant's Motion to Continue
                                1

WA 28230
Attorneys for Ellison
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Kim_Deater@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AINE AHMED, Assistant United States Attorney.

S/ Kimberly A. Deater for Amy Rubin
WA 28230
Attorneys for Ellison
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Kim_Deater@fd.org