Amy H. Rubin
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-12-072-LRS |
| vs. | MEMORANDUM IN SUPPORT OF JOINT MOTION TO CONTINUE TRIAL DATE |
| KEVIN ELLISON, | |
| Defendant. | |

TO: MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
AINE AHMED, ASSISTANT UNITED STATES ATTORNEY

Counsel for KEVIN ELLISON, Amy H. Rubin for the Federal Defenders of Eastern Washington and Idaho and counsel for the United States, Aine Ahmed, respectfully file a Joint Motion to Continue. The parties respectfully request the Court continue Mr. Ellison's trial currently scheduled for January 14, 2013 for a period of three years.

The parties reserve the right to modify the conditions set forth below.

MEMORANDUM IN SUPPORT OF
JOINT MOTION TO CONTINUE

1

# CASE BACKGROUND

On June 14, 2012, Mr. Ellison appeared on a Complaint before Magistrate Judge Imbrogno. On June 19, 2012, the grand jury returned a one-count Indictment charging Mr. Ellison with Malicious Use of Fire to Damage Property Used in Interstate Commerce in violation of 18 U.S.C. § 844(I). The government moved for Mr. Ellison's detention and the motion was granted.

On August 10, 2012, this Court granted Mr. Ellison's uncontested Motion for Transfer. Mr. Ellison was transported from Spokane County Jail to Eastern State Hospital as a prison of the United States Marshals Service. Mr. Ellison was in custody at Eastern State Hospital until November 9, 2012 when he was transported back to Spokane County Jail awaiting the hearing scheduled for November 15, 2012.

# **CONTINUANCE REQUEST**

The parties have been working diligently towards a resolution of this matter. Mr. Ellison was at Eastern State Hospital for approximately three months. In that time, Mr. Ellison was treated for mental health issues and has stabilized.[1] While at Eastern State Hospital, counsel for Mr. Ellison and Mr. Ahmed had an opportunity to meet with medical staff to discuss Mr. Ellison's circumstances and . It is

---

[1] The parties will be providing medical documentation to the Court. These documents will not be available until early next week.

MEMORANDUM IN SUPPORT OF
JOINT MOTION TO CONTINUE

2

the parties understanding that the medical team at Eastern State Hospital believe that Mr. Ellison is stabilized and no longer a danger to himself or the community. Mr. Ahmed also had an opportunity to meet with Mr. Ellison.

In an attempt to resolve this matter, the parties are seeking a three year continuance. The parties will request that Mr. Ellison be released on strict conditions of pretrial release. If the Defendant complies with all the obligations mentioned below, the charges set forth in the Indictment will be dismissed without prejudice on November 15, 2015.

## CONDITIONS OF SUPERVISED PRE-TRIAL RELEASE

While on pretrial release, the parties will request that Mr. Ellison abide by the following conditions and requirements:

1. Defendant shall reside with his parents during the first year of diversion. Upon completion of the first year of pretrial release, Mr. Ellison would have the opportunity to revisit the issue upon motion to this Court.

2. Defendant shall pay restitution in the amount of $101,047.85 ($100,027,85 owed to Fireman's Fund and $1020.00 owed to Chris Tucker). The restitution shall be paid on the 15th of each month. Payments towards restitution shall begin on March 15, 2013. The payments made by Mr. Ellison will be determined by his supervising probation officer depending on his ability to pay. The amount paid each month shall not be less than $400.00 unless

modified by this Court. Any and all interest on the restitution shall be waived.

3. Defendant shall participate in mental health counseling. He shall comply with the directives of his discharge summary from Eastern Hospital and comply with the recommendations of mental health providers in California. Defendant shall allow full reciprocal disclosure between the supervised officer and treatment provider.

4. Defendant shall take medication as prescribed by his mental health doctors.

5. Defendant shall undergo a substance abuse evaluation and, if indicated by a licenced/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program. Defendant shall allow full reciprocal disclosure between the supervised officer and treatment provider.

6. Defendant shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substance, except as provided by a physician

7. Defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.

8. Defendant shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm abstinence from these substances.

9. Defendant shall report to his probation officer in a manner and frequency directed by the Court of probation officer.

10. Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

11. Defendant shall maintain contact with his attorney at least once a month.

12. Defendant shall not possess any firearms or ammunition.

13. Defendant shall not violate, be charged with, or be convicted of any criminal violations under federal, state, or local law on or before November 15, 2015.

## CONCLUSION

Based on the foregoing, the parties jointly request the Court continue this matter for a period of three years.

MEMORANDUM IN SUPPORT OF
JOINT MOTION TO CONTINUE
5

Dated: November 9, 2012

Respectfully Submitted,

s/ Amy H. Rubin
GA 618349
Attorneys for ELLISON
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Amy_Rubin@fd.org


s/ Aine Ahmed
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

MEMORANDUM IN SUPPORT OF
JOINT MOTION TO CONTINUE

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AINE AHMED, Assistant United States Attorney.

s/ Amy H. Rubin
GA 618349
Attorneys for ELLISON
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Amy_Rubin@fd.org