UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )      CR-12-072-LRS
                               )
   vs.                         )      Order
                               )
KEVIN M. ELLISON,              )
                               )
        Defendant.             )
_____)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 15 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

The Court has before it Joint Motion to Continue to Continue the Trial Date (ECF No. ) and Oral Motion for Release. The Court having reviewed the pleadings shall grant the motion.

Accordingly, NOW THEREFORE IT IS HEREBY ORDERED, that the Joint Motion to Continue the Trial Date (ECF No. ) is hereby GRANTED. Further, Mr. Ellison shall be released effective immediately and shall comply with all conditions as set forth by this Court.

While on pretrial release, the Mr. Ellison shall abide by the following conditions and requirements:

1. Defendant shall reside with his parents during the first year of pretrial release. Upon completion of the first year of pretrial release, Mr. Ellison would have the opportunity to revisit the issue

Order

upon motion to this Court filed and noted for hearing prior to any change of residency occurring. Pending Court approval the Defendant shall at all times continue to reside with his parents.

2. Defendant shall pay restitution in the amount of $101,047.85 ($100,027,85 owed to Fireman's Fund and $1020.00 owed to Chris Tucker). The restitution shall be paid on the 15th of each month. Payments towards restitution shall begin on March 15, 2013. The payments made by Mr. Ellison will be determined by his supervising probation officer depending on his ability to pay. The amount paid each month shall not be less than $400.00 unless modified by this Court. Any and all interest on the restitution shall be waived. Mr. Ellison will be contacted by a representative from the United States Attorney's Office who will direct him where his payments need to be sent.

3. Defendant shall participate in mental health counseling. He shall comply with the directives of his discharge summary from Eastern Hospital and comply with the recommendations of mental health providers in California. Defendant shall allow full reciprocal disclosure between the supervised officer and treatment provider.

4. Defendant shall take medication as prescribed by his mental health doctors.

5. Defendant shall undergo a substance abuse evaluation and, if

indicated by a licenced/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program. Defendant shall allow full reciprocal disclosure between the supervised officer and treatment provider.

6. Defendant shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substance, except as provided by a physician

7. Defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.

8. Defendant shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm abstinence from these substances.

9. Defendant shall report to his probation officer in a manner and frequency directed by the Court of probation officer.

10. Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

11. Defendant shall maintain contact with his attorney at least once a month.

12. Defendant shall not possess any firearms or ammunition.

Order

13.  Defendant shall not leave the Central District of California without prior approval from his probation officer.

14.  Defendant shall not violate, be charged with, or be convicted of any criminal violations under federal, state, or local law on or before November 15, 2015.

Dated this 15th day of November, 2012.

_____
Lonny R. Suko
United States District Judge

I understand the terms of the forgoing order and agree to abide by the terms thereof in all respects.

Dated this 15th day of November, 2012.

_____
Kevin M. Ellison

Order

4