PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 0 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.         Kevin M. Ellison            Docket No.      2:12CR00072-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, Kevin M. Ellison, who was placed under pretrial release supervision by the Honorable Lonny R. Suko sitting in the Court at Yakima, WA, on the 15th day of November 2012, under the following conditions:

**Condition #8:** Defendant shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm abstinence from these substances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant failed to appear for substance abuse testing on December 25, 2012.

REQUEST FOR NO ACTION

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
|  | Executed on: 01/10/2013 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Probation Officer |

## THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

1/10/13
Date