Amy H. Rubin
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-12-072-LRS |
| vs. | MOTION TO MODIFY RESTITUTION PAYMENTS |
| KEVIN ELLISON, | |
| Defendant. | |

TO: MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
AINE AHMED, ASSISTANT UNITED STATES ATTORNEY

Counsel for KEVIN ELLISON, Amy H. Rubin for the Federal Defenders of Eastern Washington and Idaho, respectfully moves the Court modify Mr. Ellison's monthly restitution payments. Specifically, Mr. Ellison requests the Court reduce the amount of restitution he pays from $400 per month to $300 per month.

## CASE BACKGROUND

On June 14, 2012, Mr. Ellison appeared on a Complaint before Magistrate Judge Imbrogno. On June 19, 2012, the grand jury returned a one-count Indictment charging Mr. Ellison with Malicious Use of Fire to Damage Property Used in Interstate Commerce in violation of 18

MOTION TO MODIFY
1

U.S.C. § 844(I). The government moved for Mr. Ellison's detention and the motion was granted.

On August 10, 2012, this Court granted Mr. Ellison's uncontested Motion for Transfer. Mr. Ellison was transported from Spokane County Jail to Eastern State Hospital as a prison of the United States Marshals Service. Mr. Ellison was in custody at Eastern State Hospital until November 9, 2012 when he was transported back to Spokane County Jail awaiting the hearing scheduled for November 15, 2012.

On November 9, 2012, the parties filed a Joint Motion to Continue the trial in this matter. The parties appeared before the Court on November 15, 2012 to address the Motion to Continue. The Court granted the parties joint motion and continued this matter until November 2015. Mr. Ellison was released on conditions of pretrial release and was also ordered to pay restitution in the amount of $400 per month. [ECF Doc. 66].

**REQUEST FOR MODIFICATION**

Mr. Ellison seeks to have the restitution amount reduced from $400 per month to $300 per month. The Order entered on November 15, 2012 specifically states that "the amount paid each month shall be not less than $400.00 unless modified by this Court."

Mr. Ellison is currently employed with Walmart earning approximately $450.00 every two weeks. Thus, Mr. Ellison earns approximately $900.00 per month. His monthly expenses are the

following:

| | | |
|---|---|---|
| Car payment | $275.00 | |
| Insurance | $107.00 | |
| Student Loan | $50.00 | |
| Restitution | $400.00 | |
| **Total** | **$832.00** | |

The expenses listed above do not factor in food, gas, contributions towards his parents' bills for allowing Mr. Ellison to reside with them and everyday expenses.

Mr. Ellison is actively looking for another job that would provide more income and more hours. However, at this point he has not found another job. He is hopeful that he will be able to get back into coaching football in the spring. It is very difficult for Mr. Ellison to pay the restitution with the income that he is earning. Mr. Ellison is seeking to have the Court modify his restitution and reduce it by $100.00 per month. Mr. Ellison believes that with the income he is earning at Walmart he will be able to pay the $300.00 per month and also contribute to his other bills.

Mr. Ahmed has been contacted regarding this request and has no objection to the request.

## **CONCLUSION**

Based on the foregoing, Mr. Ellison respectfully requests the Court modify his conditions of release and reduce his restitution payment from

$400.00 per month to $300.00 per month.  Mr. Ellison does not request a hearing on the matter but is available should the Court determine a hearing is appropriate.

Dated: December 24, 2013

>	Respectfully Submitted,
>
>	s/ Amy H. Rubin
>	GA 618349
>	Attorneys for ELLISON
>	Federal Defenders of
>	Eastern Washington and Idaho
>	10 North Post, Suite 700
>	Spokane, Washington 99201
>	Telephone: (509) 624-7606
>	Fax: (509) 747-3539
>	Email: Amy_Rubin@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AINE AHMED, Assistant United States Attorney.

        s/ Amy H. Rubin
        GA 618349
        Attorneys for ELLISON
        Federal Defenders of
        Eastern Washington and Idaho
        10 North Post, Suite 700
        Spokane, Washington 99201
        Telephone: (509) 624-7606
        Fax: (509) 747-3539
        Email: Amy_Rubin@fd.org