# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-12-072-LRS |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |
| KEVIN M. ELLISON, | |
| Defendant. | |

Good cause appearing and there being no objection from the Government, Defendant's Motion To Modify Conditions Of Pre-Trial Release (ECF No. 77) and Motion To Expedite hearing of the same (ECF No. 78) are **GRANTED**. Defendant's conditions of pre-trial release are **MODIFIED** as follows:

1) Defendant is permitted to change his residence and move to the Western District of Kentucky.

2) The travel restriction is lifted and Defendant is permitted to travel outside the Western District of Kentucky. Prior to any travel, Defendant will provide his travel schedule to his supervising United States Probation Officer in the Western District of Kentucky.

3) Defendant shall submit to urinalysis testing as directed by the supervising probation officer.

4) The supervising probation officer will make the necessary accommodations for Defendant's travel due to his employment opportunity.

**ORDER GRANTING
MOTION TO MODIFY-             1**

1  **ALL OTHER CONDITIONS OF PRE-TRIAL RELEASE**
2  **PREVIOUSLY IMPOSED REMAIN IN FULL FORCE AND EFFECT.**
3    **IT IS SO ORDERED.**  The District Court Executive is directed to enter
4  this order and provide copies to counsel and to the United States Probation
5  Office (Spokane).
6    **DATED** this ___3rd___ day of February, 2014.

7                    *s/Lonny R. Suko*
8    _____
     LONNY R. SUKO
     Senior United States District Judge

27  **ORDER GRANTING**
28  **MOTION TO MODIFY-**          2