**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| UNITED STATES OF AMERICA, | Case No. CR-12-00072-LRS-1 |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE: 3/7/2014** |
| KEVIN M. ELLISON, | **LOCATION: TELEPHONIC** |
| Defendant. | **STATUS HEARING** |

|  | **Judge LONNY R. SUKO** |  |  |
|---|---|---|---|
| Laura McClure | Fred Karau | N/A | Not Reported |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Aine Ahmed |  | Amy H. Rubin | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |
| **Probation Officer:** Matt Thompson and Melissa Hanson ||||

**[ ] Open Court   [ ] Chambers   [X] Telecon**

Defendant not **present** for this hearing

Probation Officer Thompson addressed the Court regarding the inquiry made by US Probation in Western Kentucky as to the Defendant's conditions of release.
Ms. Rubin addressed the Court.
Mr. Ahmed addressed the Court.
Ms. Hanson addressed the Court.

The parties stated their agreement with the conditions of release previously imposed by the Court.

US Probation in the Eastern District of Washington will convey this information to Western Kentucky Probation.

**[ ] ORDER FORTHCOMING**

| CONVENED: 10:00 AM | ADJOURNED: 10:18 AM | TIME: 18 MINUTES | CALENDARED [ ] |