Joseph H. Harrington
United States Attorney
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, Washington 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN ELLISON,

    Defendant,
  and

NFL PLAYER SECOND CAREER SAVINGS PLAN,

    Garnishee.

No. 2:12-CR-00072-LRS

WRIT OF GARNISHMENT

TO: NFL PLAYER SECOND CAREER SAVINGS PLAN

An Order to Issue a Writ of Garnishment against the property of the Estate of Kevin Ellison and/or Defendant, Kevin Ellison, whose last known address is Chris Ellison, c/o Kevin Ellsion, 6242 Westchester Parkway, Ste. 240., Los Angeles, CA 90045, has been entered by this Court. On November 15, 2012, the Court entered and Order directing Defendant to pay restitution in the amount of $101,047.85 (ECF No. 66). On March 21, 2013, the Court entered an Amended Order Re Restitution, requiring the Defendant to pay restitution in the adjusted amount of $107,064.60 (ECF No. 73). As of August 21, 2014, the Defendant had made restitution payments totaling $23,900.00, leaving a balance owed of $83,164.60. A Consent Judgment was issued on September 2, 2014, ordering Defendant to pay this remaining amount owed (ECF No. 85). Today, a balance of $68,464.60 remains outstanding. You are required

WRIT OF CONTINUING GARNISHMENT - 1

by law to answer in writing, under oath, within ten (10) days after receipt of the Writ, whether or not you have in your custody, control or possession, any property owned by Defendant, including non-exempt, disposable earnings; *specifically, but not limited to:* any and all accounts in the name of Kevin Ellison. **For your convenience a form Answer and Declaration of Garnishee accompanies this Writ**.

**You must file the original written answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Court Clerk at: Post Office Box 1493, Spokane, Washington 99210-1493**. Additionally, you are required by law to serve a copy of your answer to this Writ upon Defendant and the Estate of Kevin Ellsion, c/o Chris Ellison, 6242 Westchester Parkway, Ste. 240., Los Angeles, CA 90045, and upon the United States Attorney's Office, Attention: Financial Litigation Unit, Post Office Box 1494, Spokane, Washington 99210-1494.

Under the law, there is property which is exempt from this Writ of Continuing Garnishment. Property which is exempt and which is not subject to this order is listed on the Clerk's Notice of Post-Judgment Garnishment with an attached Claim for Exemption form.

If you fail to answer the Writ or fail to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with the Writ, the Court may enter a judgment against you for the value of Defendant's non-exempt interest in such property (including nonexempt disposable earnings).

**It is unlawful to pay, disburse, or deliver to Defendant any item attached by this Writ until further order of this Court.**

DATED this __11th__ day of ____March____, 20_19_.

_/s/ Deputy Clerk_
Sean F. McAvoy
Clerk of Court
District Court Executive

**Issued on**
3:45 pm, Mar 11, 2019



WRIT OF CONTINUING GARNISHMENT - 2