Joseph H. Harrington
United States Attorney
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, Washington 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>  vs.<br>KEVIN ELLISON,<br>     Defendant,<br>  and<br>NFL PLAYER SECOND CAREER SAVINGS PLAN,<br>     Garnishee. | No. 2:12-CR-00072-LRS<br><br>CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT |

TO: THE ESTATE OF KEVIN ELLISON

You are hereby notified that a Writ of Garnishment was issued, based upon a Consent Judgment entered against the Defendant on September 2, 2014, in the amount of $83,164.60, in the above-captioned and numbered case in the United States District Court for the Eastern District of Washington. On November 15, 2012, the Court entered and Order directing Defendant to pay restitution in the amount of $101,047.85 (ECF No. 66). On March 21, 2013, the Court entered an Amended Order Re Restitution, requiring the Defendant to pay restitution in the adjusted amount of $107,064.60 (ECF No. 73). As of August 21, 2014, the Defendant had made restitution payments totaling $23,900.00, leaving a balance owed of $83,164.60, which is reflected in the above-mentioned Consent Judgment (ECF No. 85). Currently, a balance of $68,464.60 remains outstanding.

CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT - 1

The Writ of Garnishment was served on Garnishee, NFL Player Second Career Savings Plan, Attn: Alvaro I. Anillo, 1701 Pennsylvania Ave., N.W., Washington, D.C. 20006-5811, and it is believed that the Garnishee may have property of Kevin Ellison and/or the Estate of Kevin Ellison in its custody, possession, or control, now or in the future.

In addition, you are hereby notified that there are exemptions under the law which may protect some of your property from being taken by the government if you can show that the exemptions apply. The attached Notice to Defendant on How to Claim Exemptions and Claim for Exemption Form summarize the major exemptions.

If you represent the Estate of Kevin Ellison, you have a right to ask the Court to return his property to you if you think the property the government is taking qualifies under one of the exemptions listed in the attachments, or if you think Kevin Ellison does not owe the money to the government that it says he does.

If you want a hearing, you must notify the Court within 20 days after receipt of the notice. Your request must be in writing. If you wish, you may use the attached notice to request a hearing. You must either mail your request or deliver it in person to the Clerk of the United States District Court for the Eastern District of Washington. The Clerk's address is West 920 Riverside, 8th Floor, Post Office Box 1493, Spokane, Washington 99210-1493. You must also send a copy of your request to the United States Attorney's Office, Attention: Financial Litigation Unit, Post Office Box 1494, Spokane, Washington  99210-1494, so the United States will know you are requesting a hearing. The Court shall hold a hearing within 10 days after the date the request is received by the Court, or as soon thereafter as is practicable, and give notice of the hearing date to all the parties.

At the hearing you may explain to the judge why you believe the property the government has taken is exempt or why you think Kevin Ellison does not owe the money to the government.  If you do not request a hearing within twenty (20) days of receiving this notice, the property may be applied to the debt owed to the government.

CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT - 2

If you think you live outside the Federal judicial district in which the Court is located, you may request, not later than twenty (20) days after you receive this notice, that this proceeding to take the property be transferred by the Court to the federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court, West 920 Riverside, 8th Floor, Post Office Box 1493, Spokane, Washington  99210-1493. You must also send a copy of your request to the United States Attorney's Office, Attention:  Financial Litigation Unit, Post Office Box 1494, Spokane, Washington 99210-1494, so the United States Attorney will know you are requesting the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

DATED this   11th  day of    March              , 20 19  .

*(signature)*
Deputy Clerk
Sean F. McAvoy
Clerk of Court
District Court Executive

CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT - 3


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>      vs.<br>KEVIN ELLISON,<br>            Defendant,<br>      and<br>NFL PLAYER SECOND CAREER SAVINGS PLAN,<br>            Garnishee. | No. 2:12-CR-00072-LRS<br><br>DEFENDANT'S REQUEST FOR HEARING |

TO:  CLERK OF COURT

___ I do request a hearing because:

   ___ I disagree with the reason that the government gives for taking my property.

   ___ I do not owe the money to the government as it says I do.

   ___ The property that the government is taking is exempt.


Date:

Defendant's Name:

Defendant's Signature:

Defendant's Address:

Defendant's Telephone No.:

CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT - 4