Joseph H. Harrington
United States Attorney
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, Washington 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:12-CR-00072-LRS |
|---|---|
| Plaintiff, | |
| vs. | CERTIFICATION OF SERVICE OF DOCUMENTS ON GARNISHEE AND JUDGMENT DEBTOR |
| KEVIN ELLISON, | |
| Defendant, | |
| and | |
| NFL PLAYER SECOND CAREER SAVINGS PLAN, | |
| Garnishee. | |

The undersigned hereby certifies, pursuant to 28 U.S.C. § 3205(c)(3), that I am an employee in the Financial Litigation Unit, Office of the United States Attorney for the Eastern District of Washington, and am a person of such age and discretion as to be competent to serve papers.

That on March 12, 2019, I served copies of the following documents listed below, by U.S. Postal Service, on the Garnishee NFL Player Second Career Savings Plan, whose address is 1701 Pennsylvania Ave., N.W., Washington, DC 20006-5811:

### GARNISHEE
1. Instructions to Garnishee
2. Order To Issue Writ of Continuing Garnishment
3. Writ of Continuing Garnishment
4. Declaration and Answer of Garnishee
5. Clerk's Notice of Post-Judgment Garnishment, Request for Hearing, Notice to Defendant on How to Claim Exemptions and Claim for Exemption Form

CERTIFICATION OF SERVICE - 1

That on March 12, 2019, I served copies of the following documents listed below, by U.S. Postal Service, on Defendant the Estate of Kevin Ellison, c/o Chris Ellison, whose address is in Los Angeles, CA 90045.

<u>DEFENDANT</u>
1. Application for Writ of Continuing Garnishment
2. Order To Issue Writ of Continuing Garnishment
3. Writ of Continuing Garnishment
4. Clerk's Notice of Post-Judgment Garnishment, Request for Hearing, Notice to Defendant on How to Claim Exemptions and Claim for Exemption Form
5. Notice to Debtor of Garnishment and Instructions

DATED March 12, 2019.

Joseph H. Harrington
United States Attorney

*s/ Kendall Curtis*
Kendall Curtis
Legal Assistant
United States Attorney's Office

CERTIFICATION OF SERVICE - 2