RECEIVED BY

APR 01 2019

GROOM LAW GROUP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 08 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>KEVIN ELLISON,<br>    Defendant,<br>and<br>NFL PLAYER SECOND CAREER SAVINGS PLAN,<br>    Garnishee. | No. 2:12-CR-00072-LRS<br><br>ANSWER AND DECLARATION OF GARNISHEE |

I am the above-named Garnishee or authorized by the Garnishee to make this declaration on Garnishee's behalf, regarding the Writ of Garnishment.

On, <u>April 1, 2019</u>, Garnishee was served with the Writ of Continuing Garnishment. Further, the Garnishee hereby files this Answer in accordance with 28 U.S.C. § 3205.

1. **DESCRIPTION OF GARNISHEE**: Garnishee files this Answer as:
(check those that apply)

   ☐ An Individual

      ☐ In my personal capacity

      ☐ Doing business as,

         Name of d/b/a:
         Address:
         Phone Number:

ANSWER AND DECLARATION OF GARNISHEE - 1

|   |   |
|---|---|
| ☐ | A Partnership; and Garnishee is: |
| | ☐ A general partner |
| | ☐ A limited partner |

Name of Partnership:
Address:
Phone Number:

~~XXXXX Corporation XXX~~  A tax-qualified profit sharing plan

Name of Corporation: NFL Player Second Career Savings Plan
Affiant's Official Title: Counsel to the plan
Address: 200 St. Paul Place, Suite 2420, Baltimore, MD 21202
Phone Number: 800-638-3186
State of Incorporation: n/a
Principal Place of Business: (address above)

2. **PRIOR GARNISHMENTS:** None

For each previous garnishment involving the Defendant which is still in effect, please provide the following information:

Name of Plaintiff/Garnishor:
Date of Garnishment:
Property Subject to the Previous Garnishment:
Date of Termination:

3. **DESCRIPTION OF PROPERTY IN WHICH THE DEFENDANT HAS AN INTEREST:**

Garnishee states as follows: (check those that apply)

☐ For the pay period in effect on the date the Writ of Garnishment was served, Defendant was not in my/our employ.

☐ From the date the Writ of Garnishment was served to the date this Answer is being prepared, Garnishee has **not** had possession, custody or control of any property in which Defendant and/or the Estate of Defendant has an interest and is in no manner and upon no account indebted or under liability to Defendant and/or the Estate of Defendant.

☒ Garnishee has possession, custody or control of the following non-earnings property in which Defendant and/or the Estate of Defendant has an interest:

Description of Property: Defined Contribution Retirement Plan Account
Approximate Value of Property: $80,247.23 as of 4/1/2019
Defendant's and/or the Estate of Defendant's Interest in the Property: 100% / Estate

☐ Garnishee anticipates having future possession, custody or control of the following non-earnings property in which Defendant and/or the Estate of Defendant will have an interest:

Description of Property:
Approximate Value of Property:

ANSWER AND DECLARATION OF GARNISHEE - 2

Defendant's Interest in the Property:
When Defendant Will Acquire An Interest in the Property:

4. **GARNISHEE'S CLAIMS:**   None

   Garnishee makes the following claims: (check those that apply)

   ☐   Garnishee makes the following claim of exemption on behalf of Defendant and/or the Estate of Defendant:

   Amount of Exemption:
   Nature of Exemption:

   ☐   Garnishee has the following objections, defenses, or set-offs against the United State' right to seek garnishment of Defendant's and/or the Estate of Defendant's non-exempt property in Garnishee's possession, custody or control:

   (describe nature of objection, defense, or set-off)

5. **CERTIFICATE OF SERVICE**

   Garnishee certifies that it has served a copy of this Answer on:

   ☒   **Clerk of Court**
   **United States District Court**
   **Post Office Box 1493**
   **Spokane, WA  99210-1493**

   Date of Service:   April 2, 2019  /  By regular mail at address above
   Method of Service: (include address if service was by mail)

   and

   ☒   **Estate of Kevin Ellison**
   **c/o Chris Ellison**
   **6242 Westchester Parkway, Ste. 240**
   **Los Angeles, CA 90045**

   Date of Service: April 2, 2019  /  By regular mail at address above
   Method of Service: (include address if service was by mail)

   and

   ☒   **United States Attorney's Office**
   **Attn:  Financial Litigation**
   **Post Office Box 1494**
   **Spokane, WA  99210-1494**

   Date of Service:   April 2, 2019  /  By regular mail at address above
   Method of Service: (first class, certified or priority mail)

ANSWER AND DECLARATION OF GARNISHEE - 3

Garnishee declares under penalty of perjury that the foregoing is true and correct.

PREPARED BY: Michael L. Junk, Groom Law Group, Chartered
1701 Pennsylvania Ave. NW, Washington DC 20006

TITLE: Counsel to the NFL Player Second Career Savings Plan

TELEPHONE NUMBER: 202-861-5430

Dated: April 2, 2019

_____
Michael L. Junk
Groom Law Group, Chartered

ANSWER AND DECLARATION OF GARNISHEE - 4