# GROOM LAW GROUP

Michael L. Junk
Of Counsel
(202) 861-5430
mjunk@groom.com

April 2, 2019

**By Regular Mail**

Clerk of Court
United States District Court
Post Office Box 1493
Spokane, WA 99210-1493

      Re:    U.S. v. Ellison, No. 2:12-cr-72-LRS
              Answer & Declaration of Garnishee

Dear Sir or Madam:

On behalf of the NFL Player Second Career Savings Plan, I enclose an Answer and Declaration of Garnishee for filing in the above-referenced matter. Thank you for your time and attention. If you have any questions or concerns, please let me know.

Sincerely,

Michael L. Junk

Enclosure

cc:    Estate of Kevin Ellison
        c/o Chris Ellison
        6242 Westchester Parkway, Ste. 240
        Los Angeles, CA 90045

        United States Attorney's Office
        Attn: Financial Litigation
        Post Office Box 1494
        Spokane, WA 99210-1494

        NFL Player Benefits Office
        200 St. Paul Place, Ste. 2420
        Baltimore, MD 21202

**RECEIVED**
APR 08 2019
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

Groom Law Group, Chartered
1701 Pennsylvania Ave., N.W. • Washington, D.C. 20006-5811
202-857-0620 • Fax: 202-659-4503 • www.groom.com